■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS A. ROSARIO, Appellant. [28 NYS3d 592]—Judgment, Supreme Court, Bronx County (Margaret L. Clancy, J., at dismissal motion; Harold Adler, J., at plea and sentencing), rendered September 12, 2012, convicting defendant of disorderly conduct, and sentencing him to five days of community service, unanimously affirmed.

Because defendant waived prosecution by information, the accusatory instrument was only required to satisfy the reasonable cause requirement of a misdemeanor complaint (*see People v Dumay*, 23 NY3d 518, 522 [2014]). In any event, the superseding information was sufficiently corroborated by supporting depositions that predated it, but referenced the initial information, which contained identical allegations.

Concur—Friedman, J.P., Andrias, Moskowitz, Kapnick and Webber, JJ.